UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN CARLOS ALMONTE,<br><br>                   Plaintiff,<br><br>     -against-<br><br>"LAW ENFORCEMENT AGENCY"; LAURA TAYLOR SWAIN, Chief United States District Judge; RUBY KRAJICK, Deputy Clerk; V. NORIEGA, Pro Se,<br><br>                  Defendants. | 21-CV-8270 (LLS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued November 5, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 5, 2021
          New York, New York

                                                              *Louis L. Stanton*
                                                              Louis L. Stanton
                                                                  U.S.D.J.